the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–804.   IN RE DISBARMENT OF MCMANUS.   It is ordered that George W. McManus, Jr., of Baltimore, Md., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 87–1614.   MARTIN ET AL. v. WILKS ET AL., 490 U. S. 755;

No. 87–1639.   PERSONNEL BOARD OF JEFFERSON COUNTY, ALABAMA, ET AL. v. WILKS ET AL., 490 U. S. 755;

No. 87–1668.   ARRINGTON ET AL. v. WILKS ET AL., 490 U. S. 755;

No. 87–7107.   SLAUGHTER v. KENTUCKY, 490 U. S. 1113;

No. 88–420.   JONES, SUPERINTENDENT, MISSOURI TRAINING CENTER FOR MEN AT MOBERLY v. THOMAS, 491 U. S. 376;

No. 88–774.   NEWMAN-GREEN, INC. v. ALFONZO-LARRAIN ET AL., 490 U. S. 826;

No. 88–897.   ASHENBAUGH ET AL. v. CRUCIBLE INC. 1975 SALARIED RETIREMENT PLAN, 490 U. S. 1105;

No. 88–1612.   HODGE v. KELLY ET AL., 490 U. S. 1081;

No. 88–1616.   LOMBARDO v. UNITED STATES, 491 U. S. 905;

No. 88–1672.   ACOSTA v. SULLIVAN, SECRETARY OF HEALTH AND HUMAN SERVICES, 490 U. S. 1082;

No. 88–1711.   PRUESSMAN v. LEWIS ET AL., 490 U. S. 1116;

No. 88–1717.   FASSLER v. UNITED STATES, 490 U. S. 1099;

No. 88–1799.   JACKSON v. UNITED STATES, 490 U. S. 1099;

No. 88–5241.   HOWARD v. SOUTH CAROLINA, 490 U. S. 1113;

No. 88–6494.   WRENN v. BENSON ET AL., 490 U. S. 1069;

No. 88–6723.   NIXON v. MISSISSIPPI, 490 U. S. 1102;

No. 88–6917.   MEADE-MURPHY v. CITY OF ATLANTA ET AL., 491 U. S. 907;

No. 88–6959.   MENARD v. COUNTY OF HENRICO, VIRGINIA, ET AL., 490 U. S. 1110;

No. 88–6992.   WILLIAMS v. WALLMAN, WARDEN, ET AL., 490 U. S. 1093;

No. 88–7057.   RUSCITTI v. ESTATE OF RUSCITTI, 490 U. S. 1111;

No. 88–7065. BARNES *v.* DUGGER, SECRETARY, FLORIDA DE-
PARTMENT OF CORRECTIONS, ET AL., 490 U. S. 1111;

No. 88–7103. MARTIN *v.* COURT OF APPEALS OF MARYLAND
ET AL., 491 U. S. 908;

No. 88–7107. O'NEAL *v.* EU ET AL., *ante,* p. 909;

No. 88–7128. CARTER *v.* OHIO, *ante,* p. 909;

No. 88–7148. MARTIN *v.* ABRAM D. MELLINGER REAL ES-
TATE, INC., *ante,* p. 910;

No. 88–7157. IN RE MARTIN, *ante,* p. 904;

No. 88–7171. MAY *v.* HACKETT, 490 U. S. 1112;

No. 88–7200. IRVING, AKA OWENS *v.* UNITED STATES, 490
U. S. 1113;

No. 88–7240. BRANHAM *v.* GRINAGE ET AL., *ante,* p. 910;

No. 88–7272. STENGEL *v.* UNITED STATES, 491 U. S. 909; and

No. 88–7281. IN RE HUMPHREY, 491 U. S. 903. Petitions for
rehearing denied.

No. — — ——. IN RE MASON ET UX., 490 U. S. 1104. Petition
for rehearing and for other relief denied.

No. 87–963. HERNANDEZ *v.* COMMISSIONER OF INTERNAL
REVENUE, 490 U. S. 680; and

No. 87–1616. GRAHAM ET AL. *v.* COMMISSIONER OF INTERNAL
REVENUE, 490 U. S. 680. Petition for rehearing denied. Motion
to remand for further proceedings on unresolved issues denied.
JUSTICE BRENNAN and JUSTICE KENNEDY took no part in the
consideration or decision of this petition and motion.

No. 87–6405. TOMPKINS *v.* TEXAS, 490 U. S. 754. Petition for
rehearing denied. JUSTICE O'CONNOR took no part in the consid-
eration or decision of this petition.

No. 88–1843. ROGGIO *v.* UNITED STATES, 490 U. S. 1109.
Motion of petitioner for leave to proceed further herein *in forma
pauperis* granted. Petition for rehearing denied.

AUGUST 17, 1989

No. A–139. RICHARDSON *v.* ALABAMA. Application for stay
of execution of sentence of death, presented to JUSTICE KEN-
NEDY, and by him referred to the Court, denied.